UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

LAWRENCE VERLINE WILDER, SR., )
          Plaintiff, )
           )  **JUDGMENT IN A CIVIL CASE**
   v. )
           )  **CASE NO. 7:15-CV-46-D**
CAROLYN W. COLVIN, Acting Commissioner )
of Social Security, )
          Defendant. )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's application to proceed in forma pauperis is GRANTED, and plaintiff's complaint is DISMISSED.

**This Judgment Filed and Entered on December 29, 2016, and Copies To:**

Lawrence Verline Wilder, Sr.    (Sent to 1101 Chesnutt Street Wilmington, NC 28401 via US Mail)

DATE:                           JULIE RICHARDS JOHNSTON, CLERK
December 29, 2016          (By) /s/ Nicole Briggeman
                                  Deputy Clerk