IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:15-CV-46-D

LAWRENCE VERLINE WILDER, SR.,       )
                                    )
            Plaintiff,              )
                                    )
    v.                              )        **ORDER**
                                    )
LELAND C. DUDEK,                    )
Acting Commissioner of Social Security, )
                                    )
            Defendant.              )

This case has a long history. See [D.E. 13]. The court has reviewed plaintiff's motion under Federal Rule of Civil Procedure 60 under the governing standard. The court DENIES plaintiff's motion [D.E. 15]. The case remains closed.

SO ORDERED. This 1 day of April, 2025.

                                                     JAMES C. DEVER III
                                                     United States District Judge