IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:15-CV-46-D

LAWRENCE VERLINE WILDER, SR.,      )
                                   )
                    Plaintiff,     )
                                   )
            v.                     )          **ORDER**
                                   )
LELAND C. DUDEK,                   )
Acting Commissioner of Social Security,   )
                                   )
                    Defendant.     )

The court DENIES plaintiff's motion for reconsideration [D.E. 18].

SO ORDERED. This 17 day of April, 2025.

_____
JAMES C. DEVER III
United States District Judge